UNITED STATES DISTRICT COURT
OF
NEW JERSEY

| | |
|---|---|
| WILLIAM E. COFFEY, III, d/b/a EDDIE COFFEY & SONS, as Assignee of COLLEEN GRAY,<br><br>Plaintiff(s),<br><br>v.<br><br>NEW JERSEY RE-INSURANCE COMPANY, COLLEEN GRAY; JOHN DOE(S) 1-5; ABC CO. 1-5,<br><br>Defendant(s). | Case No.: 3:17-cv-03776-FLW-DEA<br><br><br><br>STIPULATION OF DISMISSAL AS TO DEFENDANT NEW JERSEY RE-INSURANCE COMPANY ONLY |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff and Defendant, New Jersey Re-Insurance Company, only, it is hereby stipulated and agreed that the same be, and hereby is, dismissed with prejudice, and without costs against any party.

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
Attorneys for Plaintiff

By: _____
MARK F. CASAZZA, ESQUIRE

Dated:

CARROLL MCNULTY KULL, LLLC
Attorneys for Defendant, NJRIC

By: _____
KATHRYN A. CALLAHAN, ESQUIRE

RUDNICK, ADDONIZIO, PAPPA & CASAZZA
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
PARK VILLAGE
25 VILLAGE COURT
HAZLET, NEW JERSEY 07730